UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Michael Grimmett,

    Plaintiff,

vs.                                              ORDER

Minnesota Department of
Corrections, et al.,

    Defendants.                    Civ. No. 12-943 (JNE/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

Defendants' Motion to Dismiss [Docket No. 9] is **GRANTED** in part and **DENIED** in part.

BY THE COURT:

DATED: December 6, 2012           s/Joan N. Ericksen
                                                     JOAN N. ERICKSEN
                                                     United States District Judge